**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 23-80007 |
| | ) | |
| VOLKAN TURAN | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Lynch |
| | ) | |
| | ) | |
| TATYANA RIVTIS | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 23-96008 |
| v. | ) | |
| | ) | |
| VOLKAN TURAN | ) | |
| Defendant. | ) | |

## FINAL PRETRIAL ORDER

The following terms shall govern the future course of this proceeding. **FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER WILL RESULT IN THE IMPOSITION OF APPROPRIATE SANCTIONS PURSUANT TO FED. R. CIV. P. 16(f), which may include waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, fines or monetary sanctions or such other sanction as justice may require.**

UPON DUE NOTICE, the Court having held a Final Pretrial Conference at which time all parties of record appeared through their counsel, all parties being afforded due and sufficient opportunity to present all matters necessary for the Court's consideration, and the Court being further advised in the premises;

IT IS HEREBY ORDERED that this matter is set for April 22, 2025, to begin at 9:30 a.m. The Court has determined that a total one day will be allotted for trial. The trial shall be conducted as follows:

1. <u>Counsel of Record</u>. Unless permitted otherwise by the Court, argument and the examination of witnesses will be conducted by the following attorneys: Plaintiff – Paul M. Bach; Defendant – David R. Herzog.

2. <u>Continuances</u>. No continuance of the trial date or other relief from this Final Pretrial Order will be allowed except for good cause shown.

3. <u>Discovery</u>. All discovery is closed.

1

4. <u>Pleadings and Dispositive Motions</u>. No amendments to pleadings or dispositive motions should be filed without first obtaining leave of Court.

5. <u>Stipulations and Joint Pretrial Statement</u>. On or before April 15, 2025, the parties shall jointly file a brief statement of each party's respective theory of each claim and each defense, together with a statement of stipulated facts in numbered paragraphs. The parties should include a statement as to the Court's jurisdiction to hear and enter final judgment in this matter.

6. <u>Exhibits</u>. On or before April 7, 2025, the parties must exchange with one another all exhibits that they anticipate offering into evidence. No other exhibits may be introduced at trial, except for rebuttal purposes. Group exhibits are not allowed. In addition, each party shall provide to the Court an electronic copy in PDF format of their exhibit list and all exhibits via email to **Lynch_Exhibits@ilnb.uscourts.gov** on or before April 14, 2025. Each exhibit should be marked with an exhibit number and attached to the email as a separate PDF file. The Plaintiff shall number exhibits numerically and the Defendant shall number exhibits alphabetically. Each page of each exhibit shall be consecutively numbered. Unless otherwise ordered, exhibits will be presented at trial through the Court's evidence presentation system. Counsel should familiarize themselves with that system before trial.

7. <u>Objections</u>. On or before April 14, 2025, each party shall file a list stating as to each exhibit proposed by their counterparty whether they object to its admission and, if so, stating the specific grounds for the objection. Relevance objections, however, are reserved for trial and need not be listed. Any other objection not listed or specific ground not identified may be deemed waived.

8. <u>Witnesses</u>. On or before April 7, 2025, the parties must exchange with one another and file with the Court their list of all fact witnesses whose testimony they intend to present at trial. For each witness, the list must disclose the person's name, address, and telephone number as well as a brief description of the subject matter of the witness's testimony. In addition, the parties must also list any witness it may use at trial to present expert testimony. For each expert identified, the party shall disclose: the subject of the proposed expert testimony and whether the expert had prepared a written report. Only witnesses disclosed on the filed witness list will be permitted to testify, except for rebuttal witnesses.

9. <u>No Recording</u>. Any electronic, photographic or mechanical recording of these proceedings by any party, witness or observer, by any means, is strictly prohibited. Anyone who violates this rule may be subject to a Rule to Show Cause as to why they should not be held in contempt of court.

Date: February 14, 2025

ENTER:

_____
Thomas M. Lynch
United States Bankruptcy Judge